COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-069-CV

IN RE GUARDIANSHIP OF BEVERLY 

MARSHALL ROBERTS, AN ELDERLY PERSON

----------

FROM PROBATE COURT 
OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellant
, for which let execution issue.  
See 
Tex. R. App P.
 
43.4.

PER CURIAM

PANEL B: HOLMAN, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  June 22, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.